IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR 05-1131-TUC-FRZ (BPV) |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Maximino Velazquez-Sanchez, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendants' Motions to Dismiss (Doc #99, #139 and #149).

On October 18, 2006, Magistrate Judge Bernardo P. Velasco conducted a hearing and on November 2, 2006 issued his Report and Recommendation. (Doc #202) A copy was sent to all parties. Defendant filed objections to the Report and Recommendation on November 8, 2006 (Doc #205) and the Government filed its response on November 16, 2006. (Doc #208)

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Bernardo P. Velasco Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motions to Dismiss (Doc #99, #139 and #149) are DENIED.

DATED this 4th day of December, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge